IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AMTRAK TRAIN DERAILMENT IN PHILADELPHIA PENNSYLVANIA ON MAY 12, 2015 | : : : : : : : : | 
| This Document Relates to All Actions | MDL NO. 2654 15-md-2654 |

ORDER

AND NOW, this 31st day of July 2017, it has been reported that the issues between the parties in the 90 cases listed below have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that all matters are DISMISSED with prejudice.

| | |
|---|---|
| 2:15-cv-02694-LDD | PHILLIPS et al v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) |
| 2:15-cv-02741-LDD | BERMAN v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-02744-LDD | IBAN et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-02845-LDD | KNOBBS et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-02849-LDD | TULK et al v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-02861-LDD | BEDDOE et al v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-03143-LDD | GASPER v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-03259-LDD | MCCANN et al v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) |
| 2:15-cv-03342-LDD | MACFARLAND et al v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-03346-LDD | ZIGLAR v. NATIONAL RAILROAD PASSENGER CORPORATION |

| | |
|---|---|
| 2:15-cv-03478-LDD | RITTER et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-03557-LDD | CAESAR et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-03577-LDD | DOERLER et al v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-03620-LDD | GAINES v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-03626-LDD | GILDERSLEEVE v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-03735-LDD | MADSEN v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-03853-LDD | BAUM v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-03934-LDD | SAIA v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-04119-LDD | TRAPANI et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-04227-LDD | WALDMAN v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-04354-LDD | TULK et al v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-04361-LDD | BUYUKKOC v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-04566-LDD | MORGAN et al v. NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") |
| 2:15-cv-04998-LDD | DARBY v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-04999-LDD | ZEMSER et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05292-LDD | FINAMORE v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05300-LDD | CLEARWATER et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05617-LDD | SHEVCHUK et al v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-05624-LDD | PELLETT et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05625-LDD | WALSH v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05626-LDD | SEIDLER et al v. NATIONAL RAILROAD PASSENGER CORPORATION et al |

| | |
|---|---|
| 2:15-cv-05627-LDD | KULP et al v. NATIONAL RAILROAD AND PASSENGER CORPORATION |
| 2:15-cv-05628-LDD | JOHN et al v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-05689-LDD | APPLE v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05783-LDD | ABESSOLO v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05784-LDD | SHAH v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05787-LDD | THADHANI v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05789-LDD | DARRYUS et al v. NATIONAL RAILROAD PASSANGER CORPORATION |
| 2:15-cv-05791-LDD | RADICE v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05792-LDD | FLOYD et al v. AMTRAK NATIONAL RAILROAD PASSENGER CORP. |
| 2:15-cv-05793-LDD | ARDU v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) |
| 2:15-cv-05798-LDD | LEVINE et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05802-LDD | NIXON v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05803-LDD | MOMBELLI et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05804-LDD | M.I. et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05807-LDD | KIM et al v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) |
| 2:15-cv-05808-LDD | PIERRE et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05809-LDD | WITHAM et al v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) |
| 2:15-cv-05810-LDD | GILANI v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05811-LDD | BALCERZAK v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05812-LDD | HEWETT et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05826-LDD | RITRIVI et al v. NATIONAL RAILROAD PASSENGER CORPORATION |

| | |
|---|---|
| 2:15-cv-05827-LDD | KESSLER et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05828-LDD | ALPERT et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05869-LDD | HEFFLER et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-05880-LDD | PACK et al v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-06104-LDD | MCCORMICK v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:15-cv-06419-LDD | SCOTTO et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:15-cv-06605-LDD | BRENNER v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-00056-LDD | LAND et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-00258-LDD | GOTBAUM v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-00430-LDD | CHARIFI v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) |
| 2:16-cv-00464-LDD | RABER v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-00486-LDD | LI v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:16-cv-00896-LDD | HURLEY et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-00914-LDD | HARVIN v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:16-cv-01165-LDD | NEMEROFSKY v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:16-cv-01167-LDD | CHANDAN et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-02091-LDD | STURDEVANT et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-02751-LDD | HELFMAN v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-03488-LDD | DUBENSKY et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-04431-LDD | DUMBLETON v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-04819-LDD | HERLIHY v. NATIONAL RAILROAD PASSENGER CORPORATION |

| | |
|---|---|
| 2:16-cv-05479-LDD | COLACICCO et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-05616-LDD | WYDLER v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-06100-LDD | BIBB v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-06161-LDD | LABARBERA v. NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:16-cv-06208-LDD | NGUYEN et al v. THE NATIONAL RAILROAD PASSENGER CORPORATION et al |
| 2:16-cv-06218-LDD | SZABADOS v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:16-cv-06220-LDD | IFILL et al v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) |
| 2:16-cv-06594-LDD | ONG et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:17-cv-00099-LDD | KEANE v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) et al |
| 2:17-cv-00206-LDD | YANKOVICH v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:17-cv-00355-LDD | NARANG et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:17-cv-00372-LDD | GJUZI et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:17-cv-00381-LDD | YIU v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:17-cv-00431-LDD | KIRCHNER et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:17-cv-00583-LDD | KENNY v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:17-cv-00613-LDD | HONG et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
| 2:17-cv-00692-LDD | GOMEZ v. NATIONAL RAILROAD PASSENGER CORPORATION |

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.